## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN TURNER, JAMES JENNINGS, and TIDO CIARAVINO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION and UNKNOWN PARTY 1 - 100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO. 03-190-GPM<br>)<br>)<br>)<br>)<br>) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on the Stipulation of Voluntary Dismissal with Prejudice filed by all parties who have appeared in this action - specifically, Named Plaintiffs John Turner, James Jennings, and Tido Ciaravino and Defendant General Motors Corporation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Stipulation filed November 18, 2005, this action is **DISMISSED with prejudice** as to Named Plaintiffs John Turner, James Jennings, and Tido Ciaravino. The parties shall bear their own costs. This action is **DISMISSED without prejudice** as to the claims of putative class members. As no class has been certified, the Court has determined that notice to putative members is not necessary under Federal Rule of Civil Procedure 23(e).

**IT IS SO ORDERED.**

DATED: 11/29/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge