IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN TURNER, JAMES JENNINGS, and TIDO CIARAVINO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION and UNKNOWN PARTY 1 - 100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO. 03-190-GPM<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Stipulation of Voluntary Dismissal with Prejudice filed by Named Plaintiffs John Turner, James Jennings, and Tido Ciaravino and Defendant General Motors Corporation.[1]

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Order filed November 29, 2005, this action is **DISMISSED with prejudice** as to Named Plaintiffs John Turner, James Jennings, and Tido Ciaravino.  The parties shall bear their own costs.

**DATED**:  11/29/05

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
      Deputy Clerk

APPROVED: s/ G. Patrick Murphy
      G. PATRICK MURPHY
      CHIEF U.S. DISTRICT JUDGE

---

[1] Defendants Unknown Party 1 - 100 have not appeared in the action; therefore, they need not sign the Stipulation.  FED. R. CIV. P. 41(a)(1)(ii).